UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TRUSTEES OF CARPENTERS
FRINGE BENEFIT FUNDS,

    Plaintiff,

Case No. 22-cv-10267
Hon. Matthew F. Leitman

v.

GLENN'S TILE, INC., d/b/a
Glenn's Tile & Carpet,

    Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: August 28, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 28, 2023, by electronic means and/or ordinary mail.

    s/Holly A. Ryan
    Case Manager
    (313) 234-5126